

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Luis Gustavo Ventura Gil

No. 06-24-00011-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 12027CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the motion of the State to dismiss the appeal should be granted. Therefore, we vacate the trial court's denial of Appellant's pretrial writ of habeas corpus issued on January 9, 2024, and dismiss this appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 22, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk